UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACOB J. DANLEY and
JEFFREY J. MACINTYRE, JR.,

        Plaintiffs,

vs.

ENCORE CAPITAL GROUP, INC.,
MIDLAND FUNDING, LLC,
And MIDLAND CREDIT
MANAGEMENT, INC.,

        Defendants.
_____/

Case No. 15-CV-11535

HON. GEORGE CARAM STEEH

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On this date the court held a status conference with counsel in the above-captioned case. Given that the case will be arbitrated, the parties agree that all sealed documents filed in this case shall be withdrawn without prejudice. The court reserves jurisdiction to enforce an arbitration award or to address motions to vacate. Should the parties seek to refile the withdrawn exhibits at some later date, the court will address the issue of whether said exhibits can be filed under seal at that time.

IT IS HEREBY ORDERED that is case is DISMISSED WITHOUT PREJUDICE.

IT IS HEREBY FURTHER ORDERED that the parties are permitted to withdraw all sealed exhibits at this time without prejudice.

Dated: May 4, 2017

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
May 4, 2017, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk